UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

MAR 1 8 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. |
| v. | ) | |
| | ) | |
| THOMAS J. INTAGLIATA, | ) | **4:20CR195 RWS/DDN** |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about March 12, 2020, in the City of St. Louis within the Eastern District of Missouri,

### THOMAS J. INTAGLIATA,

the Defendant herein, did by force and violence or by intimidation take from the person and presence

of an employee of the Together Credit Union, a quantity of United States currency which represented

deposits of the Together Credit Union, which were then in the care, custody and control of the

Together Credit Union and federally insured by the National Credit Union Administration Board.

In violation of Title 18, United States Code, Sections 2113 (a).

### COUNT TWO

The Grand Jury charges that:

On or about February 28, 2020, in the City of St. Louis within the Eastern District of

Missouri,

### THOMAS J. INTAGLIATA,

the Defendant herein, did by force and violence or by intimidation take from the person and presence

of an employee of the First Community Credit Union, a quantity of United States currency which

represented deposits of the First Community Credit Union, which were then in the care, custody and control of the First Community Credit Union and federally insured by the National Credit Union Administration Board.

In violation of Title 18, United States Code, Sections 2113 (a).

## COUNT THREE

The Grand Jury charges that:

On or about February 11, 2020, in the City of St. Louis within the Eastern District of Missouri,

## THOMAS J. INTAGLIATA,

the Defendant herein, did by force and violence or by intimidation take from the person and presence of an employee of US Bank, a quantity of United States currency which represented deposits of US Bank, which were then in the care, custody and control of the US Bank and federally insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Sections 2113 (a).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
J. CHRISTIAN GOEKE, #39462MO
Assistant United States Attorney